MARY C. HIGGINS, Respondent, *v.* GEORGE G. HALLOCK,
Appellant.

(Argued March 16, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon

an order made April 17, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Marcus T. Hun* for appellant.

*Charles H. Daniels* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.